# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**FILED**

Nov 08 2021

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

## CRIMINAL COVER SHEET

***Instructions:*** *Effective November 1, 2016, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.*

| | |
|---|---|
| **CASE NAME:** USA v. CHRISTOPHER JOSEPH CORTEZ | **CASE NUMBER:** CR 21-0444 WHO  CR |
| **Is This Case Under Seal?** | Yes ✓   No |
| **Total Number of Defendants:** | 1 ✓   2-7   8 or more |
| **Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?** | Yes   No ✓ |
| **Venue (Per Crim. L.R. 18-1):** | SF ✓   OAK   SJ |
| **Is this a potential high-cost case?** | Yes   No ✓ |
| **Is any defendant charged with a death-penalty-eligible crime?** | Yes   No ✓ |
| **Is this a RICO Act gang case?** | Yes   No ✓ |
| **Assigned AUSA (Lead Attorney):** Anna Nguyen | **Date Submitted:** 11/04/2021 |
| **Comments:** Information | |

RESET FORM   SAVE PDF

Form CAND-CRIM-COVER (Rev. 11/16)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT   ☒ INFORMATION   ☐ INDICTMENT   ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

## OFFENSE CHARGED

18 U.S.C. § 13 – Assimilating California Penal Code Section 647(a)

☐ Petty
☐ Minor
☒ Misdemeanor
☐ Felony

**PENALTY:** Max. imprisonment 6 months; Max. probation 5 years; Max. fine $5,000; $10 Mandatory special assessment fee

### DEFENDANT - U.S

▶ Christopher Joseph Cortez

DISTRICT COURT NUMBER

## PROCEEDING

**Name of Complaintant Agency, or Person (& Title, if any)**
U.S. Park Police

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

**Name and Office of Person Furnishing Information on this form**   Stephanie M. Hinds

☒ U.S. Attorney   ☐ Other U.S. Agency

**Name of Assistant U.S. Attorney (if assigned)**   Anna Nguyen

### DEFENDANT

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction   ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No   If "Yes" give date filed

**DATE OF ARREST** ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not
**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☒ SUMMONS   ☐ NO PROCESS*   ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment   ☒ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

**Defendant Address:**
22652 Byron Street, Hayward CA 94541

Date/Time: 12/06/2021    Before Judge: Joseph C. Spero

Comments:

STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. |
|---|---|
| Plaintiff, | ) |
| v. | ) VIOLATION:<br>) 18 U.S.C. § 13 – Assimilating California Penal Code<br>) Section 647(a) (Class B misdemeanor) |
| CHRISTOPHER JOSEPH CORTEZ, | ) |
| Defendant. | ) |
|  | ) SAN FRANCISCO |

INFORMATION

The United States Attorney charges:

COUNT ONE: (18 U.S.C. § 13 – Assimilating California Penal Code Section 647(a))

On or about July 26, 2020, in the Northern District of California, within the Special Maritime and Territorial Jurisdiction of the United States, the defendant,

CHRISTOPHER JOSEPH CORTEZ,

did engage in a lewd act, specifically masturbating, while in a public area, in violation of Title 18 of the United States Code Section 13 – Assimilating California Penal Code Section 647(a), a Class B misdemeanor.

INFORMATION                                              1

| | | |
|---|---|---|
| 1 | DATED: November 4, 2021 _ | STEPHANIE M. HINDS |
| 2 | | Acting United States Attorney |
| 3 | | |
| 4 | | /s/ Anna Nguyen |
| | | ANNA NGUYEN |
| 5 | | Special Assistant United States Attorney |

INFORMATION                                           2